IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERYL KOLACKI,<br>Individually and on behalf of others<br>similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>MORGAN & MORGAN ATLANTA<br>PLLC, MORGAN & MORGAN<br>ATLANTA MANAGEMENT, INC.<br>and JUSTIN MILLER<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>) NO. 1:15-cv-1716-SCJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED |

## **ORDER**

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement Agreement and Release. Upon review of the proposed Settlement Agreement and Release, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Approval of Settlement Agreement and Release is **GRANTED**.

2. The Parties' FLSA Settlement Agreement and Release is **APPROVED**.

3. The instant case is **DISMISSED WITH PREJUDICE** against all

Defendants.

4. This Court retains jurisdiction to enforce the terms of the Settlement Agreement and Release upon motion of either party.

**IT IS SO ORDERED**, this the  29th  day of   February    2016.


        s/Steve C. Jones
        Honorable Steve C. Jones
        United States District Judge